**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MARILYN BROWN, et al,, | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 4:19-cv-01864-SRC |
| ADAMS & ASSOCIATES, INC., et al., | ) |
| Defendant(s). | ) |

**MEMORANDUM AND ORDER**

This matter comes before the Court on [37] Plaintiffs' Motion to Compel. The Court previously held in abeyance ruling on certain issues in the Motion. Doc. 39. The Court now grants the motion, in part, and denies it in part, as set forth in detail below.

The Court grants the motion, in part, as to Issue No. 1 in Plaintiffs' motion, as follows: Defendants are instructed to produce reports and/or complaints of sexual harassment, gender discrimination and retaliation made against any director-level employees of Adams & Associates *at the St. Louis Job Corps Center only*. The Court denies the motion as to Issue No. 1 to the extent it seeks such reports and complaints regarding director-level employees at other facilities.

The Court denies the motion as to Issue No. 3 in Plaintiffs' Motion. After *in camera review*, the Court finds that the "investigation" documents referenced in Plaintiffs' Motion are privileged. Accordingly,

**IT IS HEREBY ORDERED** that [37] Plaintiffs' Motion to Compel is GRANTED in part and DENIED in part, as set forth more fully herein.

So Ordered this 11th day of May, 2020.

/s/ SLR.CC
_____
**STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE**